### STEELE v. STATE.　(3 Div. 263.)

(Court of Appeals of Alabama.　May 29, 1917.)

CRIMINAL LAW ⬤ᵋ1094—APPEAL — AFFIRMANCE ON RECORD IN ABSENCE OF BILL OF EXCEPTIONS.

Where there is no bill of exceptions, and no error is apparent from the record, the judgment will be affirmed.

[Ed. Note.—For other cases, see Criminal Law, Cent. §§ 2807, 3204.]

Appeal from Circuit Court, Lowndes County; A. E. Gamble, Judge.

Jack Steele was convicted of murder in the second degree, and he appeals. Affirmed.

R. L. Goldsmith, of Hayneville, for appellant. W. L. Martin, Atty. Gen., for the State.

SAMFORD, J.  The defendant was indicted on a charge of murder in the first degree and convicted of murder in the second degree. From the judgment of conviction he appeals.

There is no bill of exceptions, and we find no error in the record, and the judgment is affirmed.

Affirmed